UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ERIK M. UNDERWOOD,

                                      **Plaintiff,**                        25-CV-5007 (JPC)(SN)

                -against-                                             **ORDER**

BANK OF AMERICA CORPORATION,

                                      **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant has moved to dismiss Plaintiff's complaint. Defendant argues that the claims should be dismissed because they are foreclosed by the Colorado Litigation, fail to state a claim, and are untimely, among other grounds. In response, Plaintiff filed a motion to strike, or in the alternative, to deny without prejudice Defendant's motion to dismiss and to hold all dispositive proceedings in abeyance pending resolution of Plaintiff's disqualification motion. Plaintiff argues that Defendant's counsel are "material fact witnesses to core misconduct alleged in this case," and therefore his motion must be addressed first. ECF No. 28.

       Because Defendant's motion must be decided based on an assessment of Plaintiff's complaint, the motion for disqualification need not be addressed at this stage. Accordingly, Plaintiff's motion is denied. To avoid prejudice, Plaintiff may request leave to file a substantive response to Defendant's motion by filing a letter with the Court by October 1, 2025.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     September 29, 2025
               New York, New York